**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**LINDA CHAN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | **CASE NO.: CASE NO.:** *CR. S-96-350 WBS* |
| ) | |
| **Plaintiff,**   ) | |
| ) | **STIPULATION TO REMOVE** |
| ) | **CONDITIONS OF PRE-TRIAL** |
| ) | **RELEASE** |
| **v.**   ) | |
| ) | |
| **LINDA CHAN,**   ) | |
| **Defendant,**   ) | |
| _____) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William Wong, Assistant United States Attorney, and defendant Linda Chan, through her attorney, Ronald Peters, Esq, hereby stipulate that the defendant be removed from pretrial supervision and any and all special conditions of pretrial release.

| | |
|---|---|
| DATE: September 19, 2013 | Respectfully Submitted,<br>BENJAMIN B. WAGNER<br>United States Attorney |
| DATE: September 19, 2013 | */s/ William Wong*<br>_____<br>WILLIAM WONG<br>**Assistant U.S. Attorney** |
| DATE: September 19, 2013 | /s/Ron Peters<br>RON PETERS<br>Attorney for Defendant<br>**Linda Chan** |

**ORDER**

Pursuant to the stipulation of the parties to this action the defendant is hereby released from pretrial supervision and all terms and conditions are hereby terminated.

**IT IS SO ORDERED.**

DATED: October 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE